■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CABRAL, Appellant. [61 NYS3d 896]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Alvin Yearwood, J.), rendered on or about June 27, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.